# RAYMOND NARDO, P.C.

ATTORNEY AT LAW

129 THIRD STREET,

Phone: (516)248-2121 | Fax: (516)742-

> Application granted. Plaintiff shall file a proposed Order to Show Cause by April 15, 2022.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 15.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> March 29, 2022

**VIA ECF**

Hon. Philip M. Halpern
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:    **Suman v. Elm Foodmart, Inc.**
            **Case No.:  21-CV-8737 (PMH)**

Dear Judge Halpern:

    I represent the Plaintiff in the above matter, which is scheduled for an Order to Show Cause for a default judgment to be submitted on March 29, 2022. Last week, I heard from counsel purporting to represent Defendants, and we briefly discussed settlement. I am requesting that the Order to Show Cause be adjourned until April 15, 2022 to give the parties time to discuss settlement or for the Defendants to file a Notice of Appearance.

    WHEREFORE, Plaintiff seeks to adjourn the Order to Show Cause date until April 15, 2022.

    Thank you for your consideration.

                                                      Respectfully submitted,

                                                      RAYMOND NARDO, ESQ.

RN:rn