# RAYMOND NARDO, P.C.

ATTORNEY AT LAW

129 THIRD STREET, MINEOLA, NY 11501

Phone: (516)248-2121 | Fax: (516)742-7675 | Email raymondnardo@gmail.com

December 7, 2022

**VIA ECF**

Hon. Philip M. Halpern
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

> Application granted. The conference scheduled in this matter for December 20, 2022 is adjourned *sine die*.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>            December 8, 2022

**Re:** **Suman v. Elm Foodmart, Inc.**
**Case No.: 21-CV-8737 (PMH)**

Dear Judge Halpern:

    I represent the Plaintiff in the above matter, which is scheduled for a *Cheeks* submission on December 12, 2022 and a conference on December 20, 2022 at 2:00pm.  The resolution of this case requires coordination with the New York State Department of Labor, which Plaintiff is in the process of obtaining.  And the parties are negotiating the final wording of the agreement.

    Consequently, Plaintiff seeks a 30 day extension, until January 12, 2023, to submit for approval under *Cheeks*.  Defendants graciously consent to this extension.

    WHEREFORE, Plaintiff seeks to adjourn the date for the *Cheeks* submission until January 12, 2023.

    Thank you for your consideration.

Respectfully submitted,

_____
RAYMOND NARDO, ESQ.

RN:rn
cc:   Mohammed Gangat, Esq. (by ECF)