# RAYMOND NARDO, P.C.

ATTORNEY AT LAW

129 THIRD STREET, MINEOLA, NY 11501

Phone: (516)248-2121 | Fax: (516)742-7675 | Email:

raymondnardo@gmail.com

**VIA ECF**

Hon. Philip M. Halpern
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

> Application granted.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>              January 13, 2023

      Re: **Suman v. Elm Foodmart, Inc.**
           **Case No.:  21-CV-8737 (PMH)**

Dear Judge Halpern:

    I represent the Plaintiff in the above matter, which is scheduled for a *Cheeks* submission on January 12, 2023.  The resolution of this case requires coordination with, and the issuance of checks, from the New York State Department of Labor, which has been requested.

    Consequently, Plaintiff seeks a 30 day extension, until February 13, 2023, to submit for approval under *Cheeks*.

    WHEREFORE, Plaintiff seeks to adjourn the date for the *Cheeks* submission until February 13, 2023.

    Thank you for your consideration.

                                                      Respectfully submitted,

                                                      RAYMOND NARDO, ESQ.

RN:rn
cc:    Mohammed Gangat, Esq. (by ECF)