# RAYMOND NARDO, P.C.

ATTORNEY AT LAW

129 THIRD STREET, MINEOLA, NY 11501

Phone: (516)248-2121 | Fax: (516)742-7675

raymondnardo@gmail.com

> Application granted. The parties shall prepare and file their paperwork pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) by March 13, 2023. No further extensions will be granted.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> February 14, 2023

<u>VIA ECF</u>

Hon. Philip M. Halpern
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re:    <u>Suman v. Elm Foodmart, Inc.</u>
              <u>Case No.: 21-CV-8737 (PMH)</u>

Dear Judge Halpern:

      I represent the Plaintiff in the above matter, which is scheduled for a *Cheeks* submission on January 12, 2023. The resolution of this case requires coordination with, and the issuance of checks, from the New York State Department of Labor, which has been requested, and I am advised that it is near completion.

      Consequently, Plaintiff seeks a 30 day extension, until March, 2023, to submit for approval under *Cheeks*.

      WHEREFORE, Plaintiff seeks to adjourn the date for the *Cheeks* submission until March 13, 2023.

      Thank you for your consideration.

                                                      Respectfully submitted,

                                                      RAYMOND NARDO, ESQ.

RN:rn
cc:    Mohammed Gangat, Esq. (by ECF)